UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

ONEKA L. NORTON

Debtor(s)

CASE NO.:    13-36362-KRH

Chapter 13

3101 Dale Ave. #3
Colonial Heights VA 23834

Last four digits of Social Security or Individual
Taxpayer Identification (TIN) No(s). (if any):    0020

**NOTICE OF OBJECTION TO CLAIM**

<u>Jessica L. Fellows and America Law Group, Inc., t/a Debt Law Group, PLLC</u> have filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your view on the Objection, then on or before **3/19/2014** you or your attorney must:

[ X ]  File with the court, at the address shown below, a written request for a hearing [or a written  response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above:

>  Clerk of Court
>  United States Bankruptcy Court
>  701 E. Broad St.
>  Richmond, VA 23219

[  ]  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ]    Attend the hearing on the motion schedule to be held on _____ at _____  __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to:

    Jessica L. Fellows, Esq.
    The America Law Group, Inc.
    2312 Boulevard
    Colonial Heights, VA 23834

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date:   2/17/2014

    /s/ Jessica L. Fellows
    Jessica L. Fellows, Esq.
    VSB# 82095
    2312 Boulevard
    Colonial Heights, VA 23834
    (804) 520-2428
    (804) 318-3806 (fax)
    Counsel for Debtor

**Certificate of Service**

I certify that on February 17, 2014, a copy of this Notice of Objection to Claim was mailed, first class, postage prepaid, faxed, or electronically transmitted to Carl M. Bates, Chapter 13 Trustee, P.O. Box 1819, Richmond VA 23218, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Virginia Credit Union, P.O. Box 90010, Richmond, VA 23225, and all other necessary parties.

    /s/ Jessica L. Fellows
    Jessica L. Fellows, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

ONEKA L. NORTON

           Debtor(s)

3101 Dale Ave. #3
Colonial Heights VA 23834

CASE NO.:    13-36362-KRH

Chapter 13

**OBJECTION TO CLAIM**

The objecting party objects to the following claim in this case:

Claimant's Name:    Virginia Credit Union

Claim #:    3

Amount:    $197.25

DETAILED BASIS OF OBJECTION INCLUDING GROUNDS FOR OVERCOMING ANY PRESUMPTION UNDER RULE 3001(f):

1. Debtor's car has a value of approximately $8,600.00 based on NADA Clean Retail.

2. Debtor's car has a value with a range of approximately $7,459.00 to $8,737.00 based on Kelley Blue Book Buy from a Dealer.

3. Virginia Credit Union filed a Proof of Claim (Claim #4) for the car loan with a balance of $9,516.19.

4. There is no equity in the vehicle permitting an otherwise unsecured cross-collateralized loan to attach to any equity.

5. The claim should be disallowed as secured, but allowed as unsecured.

DATED: 2/17/14

/s/ Jessica L. Fellows
Jessica L. Fellows, Esq.
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428 (ph)
804-318-3806 (fax)
VSB # 82095

## Certificate of Service

       I certify that on February 17, 2014, a copy of this Objection to Claim was mailed, first class, postage prepaid, faxed, or electronically transmitted to Carl M. Bates, Chapter 13 Trustee, P.O. Box 1819, Richmond VA 23218, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Virginia Credit Union, P.O. Box 90010, Richmond, VA 23225, and all other necessary parties.

                                                          /s/ Jessica L. Fellows
                                                            Jessica L. Fellows, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

ONEKA L. NORTON

CASE NO.:   13-36362-KRH

Debtor(s)

Chapter 13

**PROPOSED ORDER**

There having been no opposition to the herein objection to claim number 3, the claim of Virginia Credit Union in the amount of $197.25 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

ORDERED the claim is:

| ☐ | DISALLOWED |
| --- | --- |
| ☐ | ALLOWED AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____ |
| ☐ | ALLOWED AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____ |
| X | OTHER: MODIFIED TO UNSECURED RATHER THAN SECURED |

I ask for this:
/s/ Jessica L. Fellows
Jessica L. Fellows, Esq. VSB# 82095
Counsel for Debtor

Entered on Docket _____

_____
U.S. Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2014, a copy of this Proposed Order was mailed, first class, postage prepaid, faxed, or electronically transmitted to Carl M. Bates, Chapter 13 Trustee, P.O. Box 1819, Richmond VA 23218, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Virginia Credit Union, P.O. Box 90010, Richmond, VA 23225, and all other necessary parties.

/s/ Jessica L. Fellows
Jessica L. Fellows